UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR19-40003-04 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| BRANDON ALAN WATTERS, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Brandon Alan Watters.

Beginning on an unknown date and continuing until on or about November 7, 2018, I, along with at least one other person, reached an agreement or came to an understanding to distribute 500 grams or more of a mixture or substance containing methamphetamine in the District of South Dakota.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine.

At the time I joined in the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

While I was actively involved in furthering the purpose of the agreement or understanding, I could foresee that the quantity of methamphetamine

involved in the agreement or understanding exceeded 500 grams of methamphetamine.

I sold methamphetamine to co-conspirators and others in South Dakota and elsewhere. I knew the co-conspirators would sell the methamphetamine to their customers.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

Aug 8, 2019
Date

Jennifer D. Mammenga
Assistant United States Attorney

8-5-19
Date

Brandon Alan Watters
Defendant

8/5/19
Date

Joshua D. Zellmer
Attorney for Defendant

[2]